AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

FEB 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

UNITED STATES OF AMERICA

v.

JASON ALAN O'NEAL
    aka Jason Alan Brown

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0400-IEG

I, JASON ALAN O'NEAL, aka Jason Alan Brown, the above-named defendant, who is accused of Title 18, United States Code, Section 1001(a)(2) - False Statements, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on _____2-19-08_____ prosecution by
                                                    (date)

Indictment and consent that the proceeding may be by information rather than by Indictment.

_____
JASON ALAN O'NEAL
Defendant

_____
STEPHEN P. WHITE
Counsel for Defendant

Before _____
            JUDICIAL OFFICER