**STEPHEN P. WHITE**
Attorney at Law
California State Bar No. 125276
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-
Fax: (619) 238-9914

**Attorney for Defendant**
Jason Alan O'Neal

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William McCurine)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0400 |
| )  Plaintiff, ) | **JOINT MOTION TO MODIFY TRAVEL** |
| v. ) | |
| JASON ALAN O'NEAL, ) | |
| )  Defendant. ) | |

**COMES NOW** the defendant JASON ALAN O'NEAL, through his counsel, STEPHEN P. WHITE, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, KAREN P. HEWITT, United States Attorney, and EDWARD WEINER, Assistant United States Attorney, and jointly move the court that the conditions of Supervised Release previously set for defendant be modified as follows:

That the travel restriction for defendant JASON ALAN O'NEAL be enlarged to permit the defendant to travel to Mazatlan, Mexico beginning on Monday, March 17, 2008 through Monday, March 24, 2008 to visit with family for their annual spring vacation. Defendant O'Neal will be staying at a relatives home located in Mazatlan, Mexico.

/ / / / /

/ / / / /

/ / / / /

1  Mr. O'Neal has informed the United States Pre-Trial Services officer, Kim Hilton in San Diego
2  and she has no objection to the Request made herein. Defendant is in compliance with all other terms
3  and conditions of his Supervised Release and has not suffered any violations.
4  This stipulation acknowledges that the Assistant United States Attorney has no objection to the
5  modification and enlargement of defendant's travel, as set forth above.

Dated: March 14, 2008            /s/*Stephen P. White*
                                 STEPHEN P. WHITE
                                 Attorney for Defendant
                                 Jason Alan O'Neal


Dated: March 14, 2008            UNITED STATES OF AMERICA


                                 /s/*Edward Weiner*
                                 EDWARD WEINER
                                 Assistant U.S. Attorney