**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, I electronically filed defendant Joint Motion to Modify Travel with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                                        Respectfully submitted,

DATED: March 14, 2008                    */s/ Stephen P. White*
                                                 STEPHEN P. WHITE, ESQ.
                                                 Attorney for Defendant