STEPHEN P. WHITE
California State Bar No. 125276
101 West Broadway, Suite 1950
San Diego, California 92101-6036
Telephone: (619) 702-3753
Fax: (619) 238-9914

Attorney for Defendant
Jason Alan O'Neal

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Irma E. Gonzalez)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br>  v. )<br>JASON ALAN O'NEAL, )<br>  Defendant. ) | Criminal Case No.08-CR-0400-IEG<br>ACKNOWLEDGMENT OF<br>COURT DATE BY DEFENDANT |

The defendant, JASON ALAN O'NEAL, hereby acknowledges that his court date for his sentencing scheduled to take place on May 12, 2008 at 9:00 a.m., has been continued and is now scheduled to take place on June 23, 2008 at 9:00 a.m. before Hon. Judge Marilyn L. Huff.

Dated: 03/27/2008

JASON ALAN O'NEAL