**CERTIFICATE OF SERVICE**

    I hereby certify that on March 27, 2008, I electronically filed defendant's Acknowledgment of Court Date by Defendant with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                              Respectfully submitted,

DATED: March 27, 208                      */s/ Stephen P. White*
                                                STEPHEN P. WHITE, ESQ.
                                                Attorney for Defendant