1  **STEPHEN P. WHITE**
   **California State Bar No. 125276**
2  **101 West Broadway, Suite 1950**
   **San Diego, California 92101-6036**
3  **Telephone: (619) 702-3753**
   **Fax: (619) 238-9914**
4
   Attorney for Defendant
5  Jason Alan O'Neal

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Irma E. Gonzalez)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08cr0400-IEG |
| Plaintiff ) | |
| vs. ) | **JOINT MOTION TO CONTINUE SENTENCING DATE** |
| JASON ALAN O'NEAL, ) | |
| Defendant. ) | |

**COMES NOW** the defendant Jason Alan O'Neal, by and through his counsel, Stephen P. White, and the plaintiff, UNITED STATES OF AMERICA, through its counsel Karen P. Hewitt and Edward C. Weiner, United States Assistant Attorney, and jointly move the court to continue the Sentencing Date of defendant Jason Alan O'Neal, in the above-entitled cause before Honorable Irma E. Gonzalez, United States District Court Judge, from Monday, June 23, 2008 at 9:00 a.m. to July 7, 2008 at 9:00 a.m.

This motion is based on the following grounds: There is a vacation conflict with the probation officer and additional time is necessary to complete the pre-sentenced report in a timely matter which will aid the court at the time of Sentencing.

The Untied States Attorney, Edward C. Weiner, has been contacted and joins in this motion.

\\\\\

1  The defendant is presently out on bond and will file an Acknowledgment of the new
2  sentencing court date .
3  Counsel for defendant, Stephen P. White, certifies that the content of this document is
4  acceptable to all persons required to sign the document and obtained the authorization for the
5  electronic signature of all parties on this document.

7  Dated: May 14, 2008                                  /s/Stephen P. White
                                                        STEPHEN P. WHITE
8                                                       Attorney for Defendant
                                                        Andres Montanez-Baza

10                                                      UNITED STATES OF AMERICA

11  Dated: May 14, 2008                                  /s/Edward C. Weiner
12                                                      EDWARD C. WEINER
                                                        Assistant United States Attorney