STEPHEN P. WHITE
Attorney at Law
California State Bar No. 125276
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-
Fax: (619) 238-9914

Attorney for Defendant
Jason Alan O'Neal

FILED
08 MAY 15 PM 12: 56
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.

BY: ECL   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0400 |
| Plaintiff, | **ORDER FOR CONTINUANCE** |
| vs. | |
| JASON ALAN O'NEAL, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Acknowledgment of New Sentencing date will be filed and the court finds time excludable, and that the sentencing hearing presently set for Monday, June 23, 2008 at 9:00 a.m. be continued until July 7, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 5/15/08

IRMA E. GONZALEZ
UNITED STATES DISTRICT COURT JUDGE