STEPHEN P. WHITE
California State Bar No. 125276
101 West Broadway, Suite 1950
San Diego, California 92101-6036
Telephone: (619) 702-3753
  Fax: (619) 238-9914

Attorney for Defendant
Jason Alan O'Neal

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Irma E. Gonzalez)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.08-CR-0400-IEG |
| Plaintiff, | ACKNOWLEDGMENT OF COURT DATE BY DEFENDANT |
| v. | |
| JASON ALAN O'NEAL, | |
| Defendant. | |

The defendant, JASON ALAN O'NEAL, hereby acknowledges that his court date for his sentencing scheduled to take place on June 23, 2008 at 9:00 a.m., has been continued and is now scheduled to take place on July 7, 2008 at 9:00 a.m. before Hon. Judge Irma E. Gonzalez..

Dated: 5/21/2008

_____
JASON ALAN O'NEAL