**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I electronically filed defendant's Acknowledgment of Court Date by Defendant with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: May 21, 2008         /s/ Stephen P. White
                            STEPHEN P. WHITE, ESQ.
                            Attorney for Defendant