1  **STEPHEN P. WHITE**
   **Attorney at Law**
2  **California State Bar No. 125276**
   **101 W. Broadway, Suite 1950**
3  **San Diego, California 92101**
   **Telephone: (619) 702-**
4  **Fax: (619) 238-9914**

5  **Attorney for Defendant**
   Jason Alan O'Neal

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Irma E. Gonzalez)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr0400 |
| Plaintiff, | **JOINT MOTION TO MODIFY TRAVEL** |
| v. | |
| JASON ALAN O'NEAL, | |
| Defendant. | |

**COMES NOW** the defendant JASON ALAN O'NEAL, through his counsel, STEPHEN P. WHITE, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, KAREN P. HEWITT, United States Attorney, and EDWARD WEINER, Assistant United States Attorney, and jointly move the court that the conditions of Supervised Release previously set for defendant be modified as follows:

That the travel restriction for defendant JASON ALAN O'NEAL be enlarged to permit the defendant to travel to Mazatlan, Mexico beginning on Thursday, June 26, 2008 through Monday, June 30, 2008 to sponsor his nephew in ceremony that is to take place at mother-in-law's home in Mazatlan, Mexico. Defendant O'Neal will be staying at relatives home located in Mazatlan, Mexico.

/ / / / /

1  Mr. O'Neal has informed the United States Pre-Trial Services officer, Kim Hilton in San Diego
2  and she has no objection to the Request made herein.  Defendant is in compliance with all other terms
3  and conditions of his Supervised Release and has not suffered any violations.
4  This stipulation acknowledges that the Assistant United States Attorney has no objection to the
5  modification and enlargement of defendant's travel, as set forth above.

Dated: June 19, 2008                           /s/*Stephen P. White*
                                               STEPHEN P. WHITE
                                               Attorney for Defendant
                                               Jason Alan O'Neal


Dated: June 19, 2008                           UNITED STATES OF AMERICA


                                               /s/*Edward Weiner*
                                               EDWARD WEINER
                                               Assistant U.S. Attorney