**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, I electronically filed defendant Joint Motion to Modify Travel with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                          Respectfully submitted,

DATED: June 19, 2008                      */s/ Stephen P. White*
                                          STEPHEN P. WHITE, ESQ.
                                          Attorney for Defendant