**STEPHEN P. WHITE**
**Attorney at Law**
**California State Bar No. 125276**
**101 W. Broadway, Suite 1950**
**San Diego, California 92101**
**Telephone: (619) 702-**
**Fax: (619) 238-9914**

**Attorney for Defendant**
Jason Alan O'Neal

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0400 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO TRAVEL** |
| vs. | ) | |
| | ) | |
| JASON ALAN O'NEAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE APPEARING,  IT IS HEREBY ORDERED, based upon the foregoing Motion, that the travel restrictions previously set for defendant Jason Alan O'Neal in the above-entitled cause be modified and enlarged to permit the defendant to travel to Mazatlan, Mexico on Thursday, June 26, 2008 through Monday, June 30, 2008.

**DATED:  June 20, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

1